DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AVP DESTINY, LLC,** a Florida limited liability company, and **ANTHONY V. PUGLIESE, III,** individually,
Appellants,

v.

**ELISABETH** and **JONATHAN DELICA** as Co-Personal Representatives of the Estate of **FREDERICK A. DELUCA, FD DESTINY, LLC, FD DESTINY CREDIT, LLC, DOCTOR'S ASSOCIATES, INC.** f/k/a **SUBWAY, ANTHNY V. PUGLIESE, INC.** d/b/a **THE PUGLIESE COMPANY** and **JOSEPH REAMER,**
Appellees.

No. 4D16-3387

[September 13, 2018]

Appeal and cross-appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Donald W. Hafele, Judge; L.T. Case No. 502009CA029903XXXXMB and 502009CA040295XXXXAG.

Marjorie Gadarian Graham of Marjorie Gadarian Graham, P.A., Palm Beach Gardens, and John F. Mariani of Kammerer Mariani PLLC, West Palm Beach, for appellant.

Rodolfo Sorondo, Jr. and Christopher N. Bellows of Holland & Knight LLP, Miami, Richard C. Hutchison of Holland & Knight LLP, West Palm Beach, and John R. Chapman of Holland & Knight LLP, Fort Lauderdale, for Appellees Elisabeth and Jonathan Deluca as Co-Personal Representatives of the Estate of Frederick Deluca, FD Destiny, LLC, FD Destiny Credit, LLC and Doctor's Associates, Inc. f/k/a Subway.

PER CURIAM.

*Affirmed.*

TAYLOR, KLINGENSMITH and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing***